**DUANE MORRIS LLP**
Robert M. Hirsh – NYND: 511765
Robert J. Nahoum
Kathryn Catherwood
380 Lexington Avenue
New York, New York 10168
(212) 692-1000

*Attorneys for Insight Electronics, LLC and*
*Memec, LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
(BINGHAMTON DIVISION)

---

In re:

AMERICAN MANUFACTURING SERVICES,          CASE NO. 3:05-cv-242
INC.,

                  Plaintiff,

     -against-

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF THE MATCO ELECTRONICS
GROUP, INC.,
U.S. ASSEMBLIES NEW ENGLAND, INC.,
U.S. ASSEMBLIES IN FLORIDA, INC.,
U.S. ASSEMBLIES IN RALEIGH, INC.,
MATCO TECHNOLOGIES,
U.S. ASSEMBLIES SAN DIEGO, INC.,
CAROLINA ASSEMBLIES, INC.,
U.S. ASSEMBLIES HALLSTEAD, INC.,
U.S. ASSEMBLIES IN GEORGIA, INC.,
U.S. ASSEMBLIES ENDICOTT, INC.,
ARROW ELECTRONICS, INC.,
AVNET, INC.,
FUTURE ELECTRONICS CORP.,
HEILIND ELECTRONICS, INC.,
INSIGHT ELECTRONICS, LLC
MEMEC, LLC
JACO ELECTRONICS, INC.,
PARTMINER, INC.,
AGILYSYS, INC.,

TYCO ELECTRONICS CORPORATION
BEN KHOUSHNOOD,
JOHN DOE DO. 1,
JON DOE NO. 2, and
JOHN DOE NO. 3

_____     Defendants.     _____

**ORDER GRANTING IN PART AND DENYING IN PART
THE JOINT MOTION OF MEMEC, LLC
AND INSIGHT ELECTRONICS, LLC TO DISMISS
PURSUANT TO FRCP 12(B)(2); FRCP 12(B)(6) AND FRCP 13(A)**

**THIS MATTER,** having come before the Court on the Joint Motion of defendants Memec, LLC ("Memec") and Insight Electronics, LLC ("Insight") (collectively the "Defendants"), to dismiss the complaint of American Manufacturing Services, Inc., pursuant to FRCP 12(B)(2); FRCP 12(B)(6), FRCP 13(A), and in consideration of the foregoing motion, the Memorandum of Law, and the accompanying Declaration of Stephen Grant, sworn to the 4th day of May, 2005 and the exhibits filed therewith, and in consideration of opposition thereto, and after the hearing before this Court on June 13, 2005, and all due proceedings having been had thereupon, it is hereby:

**ORDERED,** that the Motion is hereby granted in its entirety for lack of personal jurisdiction, as to defendant, Memec; and it is further

**ORDERED,** that the Complaint filed by Plaintiff, American Manufacturing Services, Inc., is dismissed in its entirety as to defendant Memec; and it is further

**ORDERED,** that the Motion is hereby denied in its entirety as to defendant, Insight; and it is further

NY\283545.1

**ORDERED**, that defendant, Insight shall file and serve its answer to the Complaint filed by

Plaintiff, American Manufacturing Services, Inc. within twenty (20) days hereof.


Dated: *July 9* __, 2005


HONORABLE THOMAS J. McAVOY
UNITED STATES DISTRICT COURT
JUDGE

NY\283545.1